UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVE SCHMITZ and ROBIN STEWARD, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

NO. Civ.S-11-1487 LKK/DAD

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than twenty-one (21) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

1

1  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2       IT IS SO ORDERED.

3       DATED:  March 1, 2013.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2